# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF SOUTH CAROLINA

# BEAUFORT DIVISION

| | | |
|---|---|---|
| Calvin Jones and Grace M. Tolliver, | ) | Case No.: 9:24-cv-03513-RMG |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | |
| | ) | **NOTIFICATION OF SETTLEMENT** |
| Real Time Transportation, LLC and Kolawole Olagunju, | ) ) | |
| | ) | |
| Defendants. | ) | |

This matter has now been settled by the parties. Defendant requests and Plaintiff consents to the entry of a Rubin Order so that final documents can be completed and settlement proceeds exchanged. See Exhibit 1.

Respectfully submitted,

**SWEENY, WINGATE & BARROW, P.A.**

<u>s/Adam M. Crain</u>
Mark S. Barrow Fed. I.D. No. 1220
Adam M. Crain Fed. I.D. No. 13355
Sweeny, Wingate & Barrow, P.A.
Post Office Box 12129
Columbia, SC  29211
(803) 256-2233

**ATTORNEYS FOR THE DEFENDANTS**

Columbia, South Carolina

June 9, 2025